Insurance Company and Factory Mutual Engineering Association. *Howard S. Otto* and *George M. Tunison* for defendant-appellant Michigan Millers Mutual Insurance Company. Reported at 410 Mich 685.

BERGER V WEBER. (Docket No. 61348.) Rehearing denied. *Church, Wyble, Kritselis, Anderson & Robinson, P.C.,* for plaintiffs-appellees. *Davidson, Gotshall, Kohl, Secrest, Wardle, Lynch & Clark* for defendants-appellants. Reported *ante,* 1.

PEOPLE V WALTER JOHNSON and PEOPLE V TAVOLACCI. (Docket Nos. 62147, 62854.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, for the people. *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *Andrea L. Solak,* Assistant Prosecuting Attorney, for the people, appellant, in *Johnson. Frank R. Del Vero,* Prosecuting Attorney, and *Thomas C. Nelson,* Assistant Attorney General (Prosecuting Attorneys Appellate Service), for the people in *Tavolacci. J. David Reck* for defendant-appellant Tavolacci. Reported *ante,* 50.

AUGUST 31, 1981

PROPOSED AMENDMENT OF DCR 4002. On order of the Court, this is to advise that the Court is considering whether to amend DCR 4002. Before determining whether the amendment should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language:)

DC RULE 4002. RECORDS KEPT BY THE CLERK AND ENTRIES THEREIN.

.1 Applicability. This rule applies to all civil actions except civil infractions and to all criminal actions that can be adjudicated only by a judge. Any court may adopt a computerized, microfilm, or word-processing records system that substantially complies with this rule.

.2 Indexes and Files. The clerk shall keep records of each case consisting of a numerical index, an alphabetical index, a register of actions, and a case file. These records shall be maintained in such